Byron L. Ames, Esq.
Nevada Bar No. 7581
**THARPE & HOWELL, LLP**
6897 West Charleston Boulevard
Las Vegas, Nevada 89117
(702) 562-3301
Facsimile (702) 562-3305
bames@tharpe-howell.com

Attorneys for Defendant,
NURSES 'R' SPECIAL, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALLEY HEALTH SYSTEMS, LLC d/b/a SRPING VALLEY HOSPITAL MEDICAL CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> NURSES 'R' SPECIAL, INC., a Nevada Corporation, DOES 1-50 and ROE CORPORATIONS 1 through 20; <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 2:09-cv-01361-JCM-LRL

MA05-23269

## STIPULATION AND ORDER TO
## CONTINUE DISCOVERY STATUS CONFERENCE

COMES NOW Defendant NURSES 'R' SPECIAL, by and through its counsel of record, THARPE & HOWELL, LLP, and VALLEY HEALTH SYSTEMS, LLC d/b/a SRPING VALLEY HOSPITAL MEDICAL CENTER, by and through its counsel of record, HALL, PRANGLE & SCHOONVELD, LLC, and do hereby enter into this Stipulation as follows:

/ / /

/ / /

- 1 -

4GW01-03

1   On May 6, 2011, pursuant to the parties' stipulation, this Court ordered a discovery status

2   conference to be held on May 16, 2011 at 1:30 PM.  Both handling attorneys for defendant,

3   Nurses R' Special, will be out of state at that time, and unable to appear.  Therefore, the parties

4   have agreed to continue the hearing to Friday, May 20, 2011 at 1:30 PM.

5                                                          **STIPULATION**

6   IT IS HEREBY STIPULATED AND AGREED that the hearing currently scheduled for

7   Monday, May 16, 2011 at 1:30 PM, be rescheduled to take place Friday, May 20, 2011 at 1:30

8

9   PM.

10  DATED this ____ day of May, 2011.        DATED this /3?/ day of May, 2011.

11  THARPE & HOWELL, LLP                      HALL, PRANGLE & SCHOONVELD, LLC

12

13

14  By:_____               By:_____
        Byron L. Ames, Esq.                       Michael E. Prangle, Esq.
        Nevada Bar No.: 7581                      Nevada Bar No.: 8619
15      6897 West Charleston Boulevard            Kenneth M. Webster, Esq.
        Las Vegas, Nevada 89117                   Nevada Bar No.: 7205
16                                                777 N. Rainbow Boulevard, Suite 225
17      Counsel for Defendant                     Las Vegas, Nevada 89107

18                                                Counsel for Plaintiff

19

20

21

22

23

24

25

26

27

28

4GW01-03

**ORDER**

Pursuant to the foregoing Stipulation and good cause showing therefore, the May 16, 2011 hearing shall be rescheduled to take place Friday, May 20, 2011 at 1:30 PM.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED_____5-16-11_____

Submitted by:

THARPE & HOWELL

_____
Byron L. Ames, Esq.
Nevada Bar No: 7581
6897 West Charleston Boulevard
Las Vegas, Nevada 89129
Counsel for Defendant

- 3 -

4GW01-03